UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ANDERSON SALAMANCA-ORJUELA (A No. 221 032 453)<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY ICE DETENTION FACILITY,<br><br>Respondent. | No. 1:26-CV-6343 DC CKD P<br><br><u>FINDINGS & RECOMMENDATIONS</u> |

Petitioner has submitted a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by the Immigration and Customs Enforcement Agency (ICE) at the California City ICE Detention Facility.[1] This is petitioner's second such challenge.

In the first, 1:26-cv-3540 DC CKD P, this court reviewed the circumstances as to petitioner's detention and recommended release. ECF No. 10. The district court judge assigned did not order release but instead ordered that respondents provide petitioner a bond hearing resulting in petitioner's release if the government failed to show by clear and convincing evidence that petitioner is either a flight risk or a danger to the community. ECF No. 12. Respondents provide evidence in this case that the ordered hearing was provided, petitioner was found by an

[1] The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

immigration judge to be a danger to the community and was denied release. ECF No. 11 at 34. Petitioner indicates he has appealed the decision to the Board of Immigration Appeals. ECF No. 12 at 2.

Petitioner's circumstances have not changed in any material respect since judgment was entered in 1:26-cv-3540 DC CKD P except that on-line Executive Office of Immigration Review records indicate that petitioner was ordered removed on September 8, 2026. Petitioner indicates he has appealed that decision as well. ECF No. 12 at 2.

To the extent petitioner challenges the sufficiency of the evidence to support the immigration judge's finding that petitioner is a danger to the community, the court agrees with the district court judge's August 13, 2026, finding that any such challenge must be presented to the Board of Immigration Appeals and is not properly before this court. See e.g. Loba L.M. v. Andrews, No. 1:25-cv-00611 JLT SAB, 2026 WL 710307, at *8 (E.D. Cal. Mar. 13, 2026).

As for any relief over and above what has already been ordered, petitioner does not show at this time that any change in circumstances necessitates further relief.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Petitioner's application for a writ of habeas corpus be DENIED; and
2. This case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any reply to the objections shall be filed no later than 14 days from service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 21, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/orju6343.imm.fnr